IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | No. CR 08-0195 SBA |
| Plaintiff, ) | |
| ) | **ORDER** |
| v. ) | |
| ) | |
| ANTHONY TROY VERDUCCI and ) | |
| REBECCA CONLEY, ) | |
| ) | |
| Defendant. | |

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the status hearing in this case, set for July 1, 2008 is continued to Tuesday, July 22, 2008, at 9:00 a.m.

IT IS FURTHER ORDERED that the time from July 1, 2008 to July 22, 2008 is excludable under 18 U.S.C. §§ 3161(h)(8)(A) and (B)(iv). The Court finds that the ends of justice served by the continuance outweigh the best interest of the public and the defendant in a speedy trial because the failure to grant the continuance would deny counsel for the defendant the reasonable time necessary for effective preparation.

IT IS SO ORDERED.

Dated: 6/30/08

_Saundra B Armstrong_
SAUNDRA BROWN ARMSTRONG
United States District Judge

- 1 -