1  BARRY J. PORTMAN
   Federal Public Defender
2  JEROME E. MATTHEWS
   Assistant Federal Public Defender
3  555 - 12th Street
   Suite 650
4  Oakland, CA 94607-3627
   Telephone: (510) 637-3500

Counsel for Defendant ANTHONY TROY VERDUCCI

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-08 00195 SBA |
| | ) | |
| Plaintiff, | ) | STIPULATION AND ORDER |
| | ) | CONTINUING APPEARANCE FOR |
| vs. | ) | CHANGE OF PLEA AND SENTENCING |
| | ) | |
| ANTHONY TROY VERDUCCI, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

This matter presently is set for Anthony Troy Verducci to change his plea and be sentenced on January 20, 2009. The parties have tendered a plea agreement under Rule 11(c)(1)(C) and the Court presently has that agreement under consideration. Defense counsel will be unavailable on January 20, 2009. For this reason, IT IS STIPULATED AND AGREED that the change of plea and sentencing hearing be continued to January 23, 2009.

STIP/ORD                                              1

Dated: January 12, 2009

/S/
_____
JEROME MATTHEWS
Assistant Federal Public Defender

Dated: January 12, 2009

/S/
_____
JAMES C. MANN
Assistant United States Attorney

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this e-filed document.

Based on the reasons provided in the stipulation of the parties above, the Court hereby FINDS that there is good cause for continuance of the defendant's change of plea and sentencing hearing to January 23, 2009.

Based on these findings, IT IS HEREBY ORDERED that the defendant's change of plea and sentencing hearing be continued from January 20, 2009 to January 23, 2009 at 10:00 a.m.

IT IS SO ORDERED.

Dated:   January 14, 2009

_Saundra B Armstrong_
SAUNDRA BROWN ARMSTRONG
United States District Judge

STIP/ORD                                    2